**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS #1038762-163851-G | 1:17-cv-06898-RBK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sergeant J. KUHLEN, Badge# S104 | Summons/Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Sergeant J. Kuhlen, Badge#S104-Southwoods State Prison

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 S. Bridgeton Road, Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS# 1038672-163851-G
E.J.S.P.?Lock Bag R
1100 Woodbridge Road
Rahway, New Jersey, 07065

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses) All Telephone Numbers, and Estimated Times Available For Service):*

Sergeant J. Kuhlen, Badge#S104
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302
(856) 459-7000; Fax (856) 785-459-7140

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: A50
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk: Michael Kzyra
Date: 9/21/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Linda Linen CA
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 10/2/18
Time: 1:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $55.20 | — | $120.20 | | $120.20 | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**          **1. CLERK OF THE COURT**          **FORM USM-285 (Rev. 12/15/80)**
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS#1038762-163851-G | 1:17-cv-06898-RBK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sergeant R. DUNNS, Badge#S054 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

→ Sergeant R. DUNNS, Badge#S054 - Southwoods State Prison

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 S. Bridgeton Road, Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS# 1038762-163851-G
E.J.S.P./LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                              Fold

Sergeant R. DUNNS, Badge#S054
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302
(856) 459-7000; Fax (856) 785-459-7140

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. A50 | No. | Michael Kzyns | 9/21/18 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Lussen HR

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/12/18
Time: 11:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65. | 55.20 | | $120.20 | | $120.20 | |

REMARKS:

PRIOR EDITIONS MAY BE USED                1. **CLERK OF THE COURT**                FORM USM-285 (Rev. 12/15/80)
                                                                                    (Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS#1038762-163851-G | 17-06898-RBK KMW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Sergeant: S. HUNTER, Badge#S003 | Summons/Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sergeant: S. HUNTER, Badge#S003-Southwoods State Prison

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 215 S. Bridgeton Road-XXNXX Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS#1038762-163851-G
E.J.S.P./LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sergeant: S. HUNTER, Badge#S003
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302
856-459-7000; Fax 856-785-459-7140

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: N/A   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. A50
District to Serve No. ___
Signature of Authorized USMS Deputy or Clerk: Michael Kzyna
Date: 9/21/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): LINDA LINLU HR

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10/12/18   Time: 1:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.— | $55.20 | — | $120.20 | | $120.20 | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS#1038762-163851-G | 1:17-cv-06898-RBK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| SCO: M. GARCIA, Badge#00808 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SCO: M. GARCIA, Badge# 00808-Southwoods State Prison

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 S. Bridgeton Road, Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS#1038762-163851-G
E.J.S.P.-LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SCO. M. GARCIA, Badge#00808
Southwoods State Prison
215 S. Burlington Road, Bridgeton, N.J. 08302
(856) 459-7000; Fax (856) 785-459-7140

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. AS 0 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk: Michael Kzyra | Date: 9/21/18 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Linen RN

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10/12/18   Time: 11:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $55.20 | — | $120.20 | | $120.20 | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS #1038672-163851-G | 17-06898-RBK-KMW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| SCO: S. LOPEZ, Bade#00582 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SCO# S. LOPEZ, Bade#00582-Southwoods State Prison

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 Bridgeton Road-Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS #1038762-163851-G
E.J.S.P./LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SCO: S. LOPEZ, Badge#00582
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302
(856)459-7000; Fax (856)785-459-7140

Signature of Attorney or other Originator requesting service on behalf of: XX PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. A50
District to Serve No.
Signature of Authorized USMS Deputy or Clerk: Michael Kozyra
Date: 9/21/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Curnio HR
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 10/12/18
Time: 11:00 am
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65? | $55.2? | | $120.20 | | $120.20 | |

REMARKS:

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS #1038762-163851-G | 17-06898-RBK-KMW |
| DEFENDANT | TYPE OF PROCESS |
| SCO: J. ELBEUF, Badge#00203 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SCO: J. ELBEUF, Bade#00203-Southwoods State Prison

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

215 S. Bridgeton Road, Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS#1038762-163851-G
E.J.S.P./LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SCO: J. ELBEUF, Bade#00203
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302

(856)459-7000; Fax (856)785-459-7140

*CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED OCT 12 P 1:04*

Signature of Attorney or other Originator requesting service on behalf of:  [XX] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: N/A

DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. A50 | No. | Michael Kzyng | 9/21/18 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

*[signature]*

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 10/12/18 | 11:00 | am |

Signature of U.S. Marshal or Deputy

*[signature]*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65. | $55.20 | — | $120.20 | — | $126.20 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS#1038762-163851-G | 17-06898-RBK-KMW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| SCO: V. SPINELLI, Badge#00742 | Summons/Complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ SCO. V. SPINELLI, Badge#00742-Southwoods State Prison
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** 215 S. Bridgeton Road-Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS#1038762-163851-G
E.J.S.P./LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

Number of process to be served with this Form - 285
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

SCO. V. SPINELLI, Badge#00742
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302
(856)459-7000 ; Fax (856)785-459-7140

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: A50
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk: *Michael Kozyra*
Date: 9/21/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: [signature]
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:
Date of Service: 10/2/18
Time: 1100 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65 | $55.20 | — | $120.20 | | $120.20 | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS#1038762-~~1088%%xxxx~~ 163851-G | 17-06898-RBK-KMW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SCO: J. Hawk, Badge#00174 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

→ SCO: J. HAWK, Badge#00174-Southwoods State Prison

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 Bridgeton Road-Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS#1038762-163851-G
E.J.S.P./LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

SCO. J. HAWK, Badge#00174
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302

856-459-7000; Fax 856-785-459-7140

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. AS? | District to Serve No. | Signature of Authorized USMS Deputy or Clerk *Michael Kzypc* | Date 9/21/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*if not shown above*)
LINDA LINER HL

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service 10/12/18   Time 1100 am   pm

Signature of U.S. Marshal or Deputy

| Service Fee 65.~ | Total Mileage Charges (*including endeavors*) 55.20 | Forwarding Fee — | Total Charges 120.20 | Advance Deposits | Amount owed to U.S. Marshal or 120.20 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF ANDREW DAVIS #1038762-163851G | COURT CASE NUMBER 1:17-cv-06898-RBK-KMW |
|---|---|
| DEFENDANT OFFICER LISA TORO #00891 | TYPE OF PROCESS SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LISA TORO #00891 – SOUTHWOODS STATE PRISON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 S. BURLINGTON ROAD – BRIDGETON, NEW JERSEY 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS #1038762-163851G
EAST JERSEY STATE PRISON
LOCK BAG R
RAHWAY, NEW JERSEY 07065

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

OFFICER LISA TORO #00891
SOUTHWOODS STATE PRISON
215 S. BURLINGTON ROAD
BRIDGETON, NEW JERSEY 08302
856-459-7000; Fax 856-785-459-7140

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. A50 | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk *Michael Kzgsg* | Date 9/24/18 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Linda Linta

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 10/12/17
Time: 1:00 [X] am / [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee 65.— | Total Mileage Charges *(including endeavors)* 55.20 | Forwarding Fee — | Total Charges 120.20 | Advance Deposits | Amount owed to U.S. Marshal or 120.20 | Amount of Refund |

REMARKS:

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS #1038762-163851G | 1:17-cv-06898-RBK-KMW |
| DEFENDANT | TYPE OF PROCESS |
| OFFICER VICTOR TAPIA #07764 | SUMMONS & COMPLAINT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

VICTOR TAPIA #00764 - SOUTHWOODS STATE PRISON

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

215 S. BRIDGETON ROAD - BRIDGETON, NEW JERSEY 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS #1038762-163851G
EAST JERSEY STATE PRISON
LOCK BAG R
RAHWAY, NEW JERSEY 07065

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

OFFICER VICTOR TAPIA #07764
SOUTHWOODS STATE PRISON
215 S. BURLINGTON ROAD
BRIDGETON, NEW JERSEY 08302
(856) 459-7000; FAX (856) 785-459-7140

Signature of Attorney or other Originator requesting service on behalf of: **☒ PLAINTIFF ☐ DEFENDANT**
TELEPHONE NUMBER: N/A
DATE:

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. A50
District to Serve No.
Signature of Authorized USMS Deputy or Clerk: Michael Kozyrs
Date: 9/21/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Linda Linear HR
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):
Date of Service: 10/12/18
Time: 11:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 | $5.20 | | 120.20 | | 120.20 | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS #1038762-163851G | 1:17-cv-06898-RBK-KMW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| OFFICER DANIEL WEST #00898 | SUMMONS & COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DANIEL WEST #00898 - SOUTHWOODS STATE PRISON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 S. BURLINGTON ROAD - BRIDGETON, NEW JERSEY 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS #1038762-163851G
EAST JERSEY STATE PRISON
LOCK BAG R
RAHWAY, NEW JERSEY 07065

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

OFFICER DANIEL WEST #00898
SOUTHWOODS STATE PRISON
215 S. BURLINGTON ROAD
BRIDGETON, NEW JERSEY 08302
856-459-7000; Fax 856-785-459-7140

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: N/A
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. ASc | No. | Michael Kzyra | 9/24/18 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
_(signature)_

Address (complete only if different than shown above)

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/14/18
Time: 1:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | 55.10 | | 120.20 | | 120.20 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS #1038762-163851-G | 17-06898-RBK-KMW |
| DEFENDANT | TYPE OF PROCESS |
| SCO: A. DOOLEY, Badge #00726 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SCO: A. DOOLEY, Badge#00726-Southwoods State Prison

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 S. S. Bridgeton Road-Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS#1038762-163851-G
E.J.S.P./LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SCO: A. DOOLEY, Badge#00726
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302
(856)459-7000; Fax (856)785-459-7140

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. A50
District to Serve: No. ____
Signature of Authorized USMS Deputy or Clerk: Michael Kzyng
Date: 9/21/18

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Liven HR
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 18/12/18  Time: 11:05 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 | 85.20 | — | 120.20 | | $120.20 | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS# 1038762-163851-G | 1:17-cv-06898-RBK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Lieutenant, J. Sprenger, Badge#L068 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

→ Lieutenant, J. Sprenger, Badge# L068; Southwoods State Prison

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 215 S. Bridgeton Road, Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS# 1038762-163851-G
E.J.S.P.-LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Lieutenant, J. Sprenger, Badge# L068
Southwoods State Prison
215 South Burlington Road
Bridgeton, N.J. 08302
(856) 459-7000; Fax (856) 785-459-7140

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: A-5a
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk: Michael Kozyra
Date: 9/21/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Crews AA

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10/12/18
Time: 11:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65. | 55.20 | — | 120.20 | | 120.20 | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANDREW DAVIS #1038762-163851-G | 1:17-cv-06898-RBK |
| DEFENDANT | TYPE OF PROCESS |
| SCO; M. MACKEPRANG, Badge#00574 | Summons/Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ SCO: M. MACKEPRANG, Badge#00574
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
215 S. Bridgeton Road, Bridgeton, N.J. 08302

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ANDREW DAVIS #1038672-163851-G
E.J.S.P.-LOCK BAG R
1100 Woodbridge Road
Rahway, N.J. 07065

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SCO: M. MACKEPRANG, Badge#00574
Southwoods State Prison
215 S. Burlington Road
Bridgeton, N.J. 08302
(856) 459-7000; Fax (856) 785-459-7140

Signature of Attorney or other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: N/A
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 450 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk michael Kzyna | Date 9/21/18 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Owen Hr

[X] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/12/18
Time: 11:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee 65 | Total Mileage Charges (including endeavors) 55.20 | Forwarding Fee — | Total Charges 120.20 | Advance Deposits | Amount owed to U.S. Marshal or 120.20 | Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)