*LAW OFFICES*

**WILLIAM J. FOX, P.C.**

1626 Pine Street
Philadelphia, PA 19103
Tel: (215) 546-2477
Fax: (215) 546-4698

**Member PA & NJ Bar**

**NJ OFFICE**
10 Grove Street
Haddonfield, NJ 08033
Tel: (856) 428-8668
Fax: (856) 428-6799

June 22, 2021

Honorable Karen M. Williams
United States District Court
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets, Room 5C
Camden, NJ 08101
*Filed Electronically*

        **RE:**    Davis v. NJ Dept. Of Corrections, Et Al.
                 Civil Action No. 17-6898

Dear Judge Williams:

      I am writing to notify the Court that Defendant provided a draft of the Settlement Agreement and that Plaintiff has executed the Settlement Agreement and Release. Upon Defendant's completion of its obligations under the Settlement Agreement, Defendant will file a Stipulation of Dismissal.

      Please advise if the Court still wishes to go forward with the status conference call scheduled for June 29, 2021 to address this matter.

      Thank you for your kind attention to this matter.

                                                  Very truly yours,

                                                  */s/ William J. Fox*

                                                  WILLIAM J. FOX

cc: Beonica A. McClanahan, DAG